## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 21-34-GF-BMM** |
| **Plaintiff,** | **FINAL ORDER OF FORFEITURE** |
| **vs.** | |
| **JOSEPH YOUNG LODGEPOLE,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture and Judgment (Doc. 51).   The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 21 USC §§ 853 and 881.

THAT a Preliminary Order of Forfeiture was entered on February 14, 2022;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C.§ 853(n)(1), and Fed. R. Crim. P. 32.2(b)(6);

1

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853 and 881;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

1) Harrington & Richardson, Model Trapper, .22 Caliber Revolver, Serial Number 182777 (1B2)
2) HiPoint, Model C9, 9 mm Pistol, Serial Number P1399490
3) Three spent .22LR casings
4) Four live .22LR casings
5) One empty 9mm magazine

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 18th day of April, 2022.

_____
Brian Morris, Chief District Judge
United State District Court