# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH LODGEPOLE,<br><br>Defendant. | Case No. CR 21-34-GF-BMM<br><br>**ORDER DISMISSING PETITION AND VACATING HEARING** |

Upon motion of the Defendant, Joseph Lodgepole, for an Order dismissing the Petition for Summons for Offender Under Supervision, and Vacating Hearing, there being no objection from the Government: IT IS HEREBY ORDERED that the Petition for Summons for Offender Under Supervision (Doc. 61) is hereby dismissed; IT IS FURTHER HEREBY ORDERED that the hearing set for Tuesday, April 2, 2024, at 1:30 p.m. is VACATED.

DATED this 28th day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court

1