IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-34-GF-BMM-JTJ |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| JOSEPH YOUNG LODGEPOLE, | |
| Defendant. | |

## I.  Synopsis

Defendant  Joseph Young Lodgepole has been accused of violating the conditions of his supervised release. (Doc. 84). Lodgepole admitted the alleged violations.  Lodgepole's supervised release should be revoked.  Lodgepole should be placed in custody for 4 months, with 14 months of supervised release to follow.

## II.  Status

On October 12, 2021, Lodgepole plead guilty to the offense of Possession With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B) as charged in Count 1 of the Indictment. (Doc. 34). The Court sentenced Lodgepole to 590 days of custody followed by 4 years of supervised

release. (Doc. 48). Lodgepole's current term of supervised release began on March 10, 2023.

**Petition**

On January 23, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Lodgepole's supervised release. (Doc. 84). The Petition alleged that Lodgepole had violated the conditions of his supervised release by: (1) failing to report for substance abuse testing on January 7, 2026; (2) testing positive for marijuana on January 8, 2026, and admitting to use on January 7, 2026; (3) testing positive for alcohol on January 8, 2026, and admitting to consuming alcohol on January 6, 2026; (4) failing to notify his probation officer within 10 days of his termination from employment on January 9, 2026; and (5) failing to report for substance abuse treatment on January 20, 2026.

**Initial appearance**

Lodgepole appeared before the Court on May 26, 2026. Lodgepole was represented by counsel. Lodgepole stated that he had read the Petition and that he understood the allegations against him. Lodgepole waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on May 26, 2026. Lodgepole admitted that he had violated the conditions of his supervised release as set forth in the Petition. Lodgepole's admitted violations, 1-5, are serious and warrant revocation of his supervised release.

**Sentencing Hearing**

Lodgepole appeared before the Court on May 26, 2026. Lodgepole's violations are Grade C.  His criminal history category is III.  Lodgepole's underlying offense is a Class B felony.  Lodgepole could be incarcerated for up to 36 months.  Lodgepole could be ordered to remain on supervised release for 48 months less any custody time imposed.  The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III.  Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Lodgepole's supervised release should be revoked.  Lodgepole should be placed in custody for 4 months, with 14 months of supervised release to follow.  This sentence is sufficient but not greater than necessary.

## IV.  Conclusion

The Court informed Lodgepole that the above sentence would be recommended to Chief United States District Judge Brian Morris.  The Court also informed Lodgepole of his right to object to these Findings and Recommendations within 14 days of their issuance.  The Court explained to Lodgepole that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

That JOSEPH YOUNG LODGEPOLE has violated the conditions of his supervised release by: (1) failing to report for substance abuse testing on January 7, 2026; (2) testing positive for marijuana on January 8, 2026, and admitting to use on January 7, 2026; (3) testing positive for alcohol on January 8, 2026, and admitting to consuming alcohol on January 6, 2026; (4) failing to notify his probation officer within 10 days of his termination from employment on January 9, 2026; and (5) failing to report for substance abuse treatment on January 20, 2026.

The Court **RECOMMENDS**:

That the District Court revoke Lodgepole's supervised release and commit Lodgepole to custody for 4 months, with 14 months of supervised release to follow.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

4

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C.  Section 636(b)(1).  A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 27th day of May 2026.


John Johnston
United States Magistrate Judge