# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-21-34-GF-BMM |
| Plaintiff, | |
| vs. | |
| | |
| JOSEPH YOUNG LODGEPOLE, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 27, 2026. (Doc. 92.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on May 26, 2026. (Doc. 87.) The United States accused Joseph Lodgepole  (Lodgepole) of violating the conditions of his supervised release by: (1) failing to report for substance abuse testing on January 7, 2026; (2) testing positive for marijuana on January 8, 2026, and admitting to use on January 7, 2026; (3) testing positive for alcohol on January 8, 2026, and admitting to consuming alcohol on January 6, 2026; (4) failing to notify his probation officer within 10 days of his termination from employment on January 9, 2026; and (5) failing to report for substance abuse treatment on January 20, 2026 (Doc. 84.)

At the revocation hearings, Lodgepole admitted that he had violated condition of his supervised release in allegations 1-5 as set forth in the Petition. (Doc. 51.)

Judge Johnston recommended a sentence of 4 months, with 14 months of supervised release to follow. (Doc. 92.) The Court advised Lodgepole of his right to appeal and to allocute before the undersigned. (Doc. 87.)

The violations Lodgepole admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 92) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Joseph Lodgepole be sentenced for a term of 4 months, with 14 months of supervised release to follow.

DATED this 12th day of June 2026.

_____
Brian Morris, Chief District Judge
United States District Courts